```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

MICHAEL C. BURNS,                :
                                 :    Civil Action No. 09-5072 (NLH)
          Petitioner,            :
                                 :
     v.                          :    **ORDER**
                                 :    (CLOSED)
ERIC TAYLOR, WARDEN,             :
                                 :
          Respondent.            :

IT APPEARING THAT Petitioner has submitted a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 with an application to proceed in forma pauperis, and that Petitioner qualifies to proceed in forma pauperis before this Court; and this Court having reviewed the Petition, and for the reasons set forth in the Court's Opinion filed herewith,

IT IS on this 7TH day of October    , 2009,

ORDERED that Petitioner's application to proceed in forma pauperis is hereby granted; and it is further

ORDERED that the Clerk shall file the Petition without prepayment of fees.

ORDERED that the application for a writ of habeas corpus under either 28 U.S.C. § 2254 as asserted by Petitioner, or under 28 U.S.C. § 2241(c)(3) as more properly construed by the Court, is DISMISSED WITHOUT PREJUDICE for non-exhaustion of state court remedies; and it is further

ORDERED that no certificate of appealability will issue; and it is further

ORDERED that the Clerk shall serve a copy of this Order and accompanying Opinion upon the Petitioner by regular mail; and it is finally

ORDERED that the Clerk is directed to close the file in this matter accordingly.

/s/ NOEL L. HILLMAN
NOEL L. HILLMAN
United State District Judge

At Camden, New Jersey